**Oksana Yuryevna REVENKOVA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 11–3250.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 30, 2012.

Filed: May 4, 2012.

Chris Buckley, Bassel El–Kasaby, Omaha, NE, for Petitioner.

Richard M. Evans, Assistant Director, Sharon Michele Clay, Karen Yolanda Drummond, Meadow W. Platt, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Oksana Yuryevna Revenkova, a citizen of Russia, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum and cancellation of removal. Upon careful de novo review, *see Olmsted v. Holder*, 588 F.3d 556, 558 (8th Cir.2009) (standard of review), we conclude that the BIA correctly determined that Revenkova was statutorily ineligible for asylum, *see* 8 U.S.C. § 1158(b)(2)(A)(ii), (b)(2)(B)(i), and cancellation of removal, *see* 8 U.S.C. § 1229b(a)(3), based on her prior conviction for attempted burglary, *see* 8 U.S.C. § 1101(a)(43)(G) and (U). Accordingly, we deny the petition. *See* 8th Cir. R. 47B.